UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELAINE PARKER DBA SKATELAND ROLLERSPORT, individually and on behalf of others similarly situated, | Case No. 22-10130 <br><br> HON. MARK A. GOLDSMITH <br> United States District Judge |
| Plaintiff, | HON. CURTIS IVY, JR. <br> United States Magistrate Judge |
| v. | |
| FRANKENMUTH MUTUAL INSURANCE COMPANY | **CLASS ACTION** |
| Defendant. | **JURY DEMAND** |

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

Pursuant to Federal Rule of Civil Procedure 41(a)(2), noting that none of the parties will be prejudiced by such a dismissal without prejudice, and the Court otherwise being fully advised;

IT IS HEREBY ORDERED that this case is dismissed without prejudice. To the extent Plaintiff refiles this Action, Defendant's ability to assert any defense to claims asserted in the Complaint (Dkt. 1), the First Amended Complaint (Dkt. 4), or the Second Amended Complaint (Dkt. 19) (the "Complaints") that is based on a statute of limitations or a "Suit Against Us" provision (or other provision that provides a time period within which suit must be brought) against Plaintiff and/or

the putative class as defined in the Complaints will be the same as if the refiled action was filed as of the date of the instant action, January 21, 2022.

  SO ORDERED.

Dated: February 21, 2023      s/Mark A. Goldsmith
   Detroit, Michigan       MARK A. GOLDSMITH
                United States District Judge

Stipulated by:

/s/ *J. BRANDON McWHERTER*
J. BRANDON McWHERTER (TN Bar # 21600)
**McWherter Scott Bobbitt PLC**
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
(615) 354-1144
brandon@msb.law

ERIK D. PETERSON (KY Bar 93003)*
**Erik Peterson Law Offices, PSC**
150 East Short Street, Suite 150
Lexington, Kentucky 40507
(800) 614-1957
erik@eplo.law

T. JOSEPH SNODGRASS (MN Bar #231071)
**Snodgrass Law LLC**
100 South Fifth Street, Suite 800
Minneapolis, MN 55402
(612) 448-2600
jsnodgrass@snodgrass-law.com

Robert B. June
**Law Offices of Robert June, P.C.**
415 Detroit Street, 2nd Floor
Ann Arbor, MI 48104-1117
(734) 481-1000
bobjune@junelaw.com

*Attorneys for Plaintiffs and Putative Class Representative*
**\* admitted** *pro hac vice*


*/s/ Patrick C. Lannen*
Patrick C. Lannen (P73031)
Erik H. Johnson (P85017)
Attorneys for Defendant
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
(248) 901-4027
plannen@plunkettcooney.com
ejohnson@plunkettcooney.com

DUANE MORRIS LLP
Damon N. Vocke
Mark B. Holton
1540 Broadway
New York, NY 10036
(212) 692-1000
dnvocke@duanemorris.com
mbholton@duanemorris.com

*Attorneys for Defendant*